# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 9, 2012**

| 30476 | Meyer, In re | Vacated and Remanded |
|---|---|---|

**December 27, 2012**

| CAAP–11–00 00550 | State v. Cabinatan | Affirmed |
|---|---|---|
| CAAP–11–00 00360 | State v. San Juan | Affirmed |

**December 28, 2012**

| CAAP–12–00 00026 | J Children, In re | Affirmed |
|---|---|---|

**December 31, 2012**

| CAAP–11–00 00475 | Marcus v. Centex Homes | Affirmed |
|---|---|---|
| CAAP–11–00 00758 | State v. Basham | Affirmed |

**January 7, 2013**

| CAAP–11–00 00823 | Kauai Community Federal Credit Union v. Pia | Affirmed |
|---|---|---|

**January 8, 2013**

| 30559 | State v. Pitts | Affirmed |
|---|---|---|

**Jnauary 9, 2013**

| CAAP–12–00 00023 | State v. Enriques | Affirmed |
|---|---|---|
| CAAP–11–00 00524 | State v. Tapia | Vacated and Remanded |